No. 02–8876. WILLIAMS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8879. GURULE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–8887. ROUSE *v.* LAMPERT, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–8890. COTTEN *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–8892. MYERS *v.* BALTIMORE COUNTY, MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 02–8898. SOTELO *v.* CASTERLINE, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–8901. BUTLER *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–8902. ARRINGTON *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–8904. BOSLEY *v.* CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–8908. GLAZE *v.* SANDERS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–8910. SHELTON *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–8911. SERIAN *v.* CIBA VISION CORP. C. A. 11th Cir. Certiorari denied.

No. 02–8913. BLACK *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.